ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CTC COMMUNICATIONS GROUP, INC., CTC COMMUNICATIONS CORP., | : : | Case No. 02-12873 (PJW) |
| CTC COMMUNICATIONS OF VIRGINIA, INC. and CTC COMMUNICATIONS LEASING CORP., | : : | (Jointly Administered) |
| | : | |
| Debtors. | : | Ref. Docket No. 70 |

**ORDER AUTHORIZING ADOPTION AND IMPLEMENTATION OF INCENTIVE AND RETENTION PLAN FOR FIELD SALES AND SERVICE EMPLOYEES**

Upon consideration of the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an Order[1] pursuant to sections 105(a), 363(b) and 503(b)(1) of title 11 of the United States Code (the "Bankruptcy Code") authorizing the Debtors to adopt and implement an incentive and retention plan for its Field Employees (the "New Plan"), effective as of October 4, 2002; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due notice of the Motion having been provided, and upon the record of the hearing conducted on November 5, 2002, the papers filed in support thereof, the Motion and the responses thereto (if any); and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and all parties in interest; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the Motion hereby is granted to the extent set forth herein; and it is further

ORDERED that the Debtors are authorized, pursuant to sections 105(a), 363(b) and 503(b)(1) of the Bankruptcy Code, to adopt and implement the New Plan and to make

---

[1] All capitalized terms used in this Order have the meaning given to them in the Motion unless otherwise provided in the Order.

WP3:821447.2                                                                                       61500.1001

payments to the Field Employees on the terms and conditions set forth in the Motion and the New Plan as modified herein; and it is further

ORDERED that the Debtors shall obtain the Committee's prior written consent before making an adjustment that would result in a material increase in the cost, from that contemplated by the Motion, of the New Plan; and it is further

ORDERED that payments due and payable under the New Plan with respect to the Revenue Retention Component and Commission Component shall be deemed allowed administrative expenses of the Debtors' estates pursuant to section 503(b)(1)(A) of the Bankruptcy Code; and it is further

ORDERED that payments due and payable under the New Plan with respect to the Old Plan Component shall be deemed allowed administrative expenses of the Debtors' estates pursuant to section 503(b)(1)(A) of the Bankruptcy Code in an amount not to exceed $4,650 and the remaining portion of the Old Plan Component payments due and payable under the New Plan shall constitute general, non-priority unsecured claims in these cases.

Dated: Nov, 5, 2002
Wilmington, Delaware

Peter J. Walsh
Chief United States Bankruptcy Judge